IN the MATTER OF DISCIPLINARY PROCEEDINGS AGAINST Gregory K. SCOTT, Attorney at Law.

Supreme Court

*No. 86-1258-D. Filed July 28, 1986.*

(Also reported in 390 N.W.2d 572.)

---

## *ORDER*

---

On July 1, 1986, a petition was filed seeking the voluntary revocation of the license of Gregory K. Scott to practice law in Wisconsin, pursuant to SCR 21.10(1), for his conviction of perjury on April 17, 1986, in Dodge County Circuit Court.

IT IS ORDERED that the license of Gregory K. Scott to practice law in Wisconsin is revoked by consent, effective the date of this order.

ABRAHAMSON, J., took no part.